UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JOSEPH REEVES, | ) | |
| Petitioner, | ) | Civil No. 14-16-ART |
| v. | ) | |
| ROBERT FARLEY, *Warden*, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the petition filed pursuant to 28 U.S.C. § 2241 by Joseph Reeves against Warden Robert Farley, R. 1, is **DENIED**, and judgment is **ENTERED** in favor of the respondent.

This the 9th day of July, 2014.

Signed By:
*Amul R. Thapar* AT
United States District Judge